**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOHNNIE JAMES WILSON JR.,

       Plaintiff,

v.                                              No. CV 21-502 CG

INTERCONTINENTAL HOTELS GROUP,
d.b.a. Holiday Inn Express,

       Defendant.

**ORDER AND NOTICE**

**THIS MATTER** is before the Court on *pro se* Plaintiff's *Memorandum in Objection to Transferring Venue to Southern District of California*, (Doc. 5), filed June 10, 2021, and his *Memorandum: Against Inequities and Injustices*, (Doc. 6), filed July 19, 2021.

After concluding that the District of New Mexico is not a proper venue for this case under § 1391(b), because there are no allegations that a defendant resides in the District of New Mexico or that any of the events or omissions giving rise to the claim occurred in the District of New Mexico, on June 3, 2021 the Court transferred this case to the Southern District of California. *See* (Doc. 4). There, it was opened as case No. 3:21-cv-01059, because the events or omissions giving rise to this case occurred in Banning, California, which is located in the Southern District of California. *Id.*

Plaintiff subsequently filed the two documents in this Court, referenced above, objecting to the transfer. (Doc. 5); (Doc. 6). With liberal construction because Plaintiff is proceeding *pro se*, these may be motions for change of venue "in the interest of justice or for the convenience of the parties." 28 U.S.C. § 1412. The Court orders the Clerk of

Court to transfer Plaintiff's recently filed documents to the Southern District of California for its consideration.

The Court notifies that Plaintiff that this Court, having transferred the case to the Southern District of California, cannot grant Plaintiff any relief. The Court also notifies Plaintiff that this Court will not consider, and will not transfer to the Southern District of California, any additional documents that Plaintiff files in this case. Any documents relevant to this case that Plaintiff wishes to file must be filed in the Southern District of California, in case No. 3:21-cv-01059.

**IT IS THEREFORE ORDERED** that the Clerk of Court **TRANSFER** the following documents to the Southern District of California for filing in No. 3:21-cv-01059:

(i) Plaintiff's *Memorandum in Objection to Transferring Venue to Southern District of California*, (Doc. 5), filed June 10, 2021.

(ii) Plaintiff's *Memorandum: Against Inequities and Injustices*, (Doc. 6), filed July 19, 2021.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE